DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**ELEANOR LEPSELTER** and **EDWARD LEPSELTER**
Appellees.

No. 4D2023-0257

[April 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502020CA000251.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and John R. Sheppard, Jr., of Fowler White Burnett, P.A., West Palm Beach, for appellant.

Christopher S. Salivar of Christoper S. Salivar, P.L.L.C, Delray Beach, and Andrew M. Schwartz of Andrew M. Schwartz P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***